Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles and Riverside criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

Filed

2021 MAR -3 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.

Edward KIM
USMS# 32780509
DEFENDANT

CASE NUMBER: 21-MJ-01008

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/03/2021  0730    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 841(b)(1)(B)(viii) Possess w/Intent to Distribute Methamphetamine

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Gary D. Labin    Phone Number: (213)359-7720

9. Name of Pretrial Services Officer notified: Fernando

10. Remarks (if any): _____

11. Name: Aaron Gutierrez    (please print)

12. Office Phone Number: (562)254-9048    13. Agency: HSI

14. Signature: AARON C GUTIERREZ (Digitally signed by AARON C GUTIERREZ Date: 2021.03.03 12:01:57 -08'00')    15. Date: 03/03/2021

CR-64 (07/20)    REPORT COMMENCING CRIMINAL ACTION