# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 21-MJ-1008-DUTY | Date | March 3, 2021 |
|---|---|---|---|

Present: The Honorable   Jean P. Rosenbluth, United States Magistrate Judge

Interpreter   N/A

| Bea Martinez | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edward Kim | X | X | | N/A | | | |

**Proceedings:**   (IN CHAMBERS) MANDATORY RULE 5(f) ORDER

      Pursuant to Federal Rule of Criminal Procedure 5 and the Due Process Protections Act, the prosecutor is ordered to comply with his or her disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and is reminded of the possible consequences of not doing so, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt, referral to a disciplinary authority, and sanctions.